JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

KY LY CHIN,

Petitioner,

v.

MARKWAYNE MULLIN et al.,

Respondents.

Case No. 5:26-CV-04942-DFM

JUDGMENT

Pursuant to the Court's Order dismissing Petition for Writ of Habeas Corpus,

IT IS HEREBY ORDERED AND ADJUDGED that the Petition for Writ of Habeas Corpus is **DENIED**. Because the case arises under 28 U.S.C. § 2241 and does not attack a State court detention, no ruling on a certificate of appealability is required. See 28 U.S.C. § 2253(c)(1); Harrison v. Ollison, 519 F.3d 952, 958 (9th Cir. 2008).

Date: September 22, 2026

DOUGLAS F. McCORMICK
United States Magistrate Judge